# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Magistrate Docket No. **08 MJ 0455** |
| | ) | |
| Plaintiff | ) | 08 FEB 19 AM 10: 28 |
| | ) | COMPLAINT FOR |
| v. | ) | VIOLATION OF: |
| | ) | TITLE 18 U.S.C. § 1544 |
| Jorge RODRIGUEZ RAMOS | ) | Misuse of Passport |
| AKA: Jose Reyes MARTINEZ, Jr. | ) | |
| | ) | |
| Defendant | ) | |

The undersigned complainant, being duly sworn, states:

On or about February 16, 2008, within the Southern District of California, defendant Jorge RODRIGUEZ RAMOS did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting US passport number 435165063, issued in the name Jose Reyes MARTINEZ, Jr., to a Department of Homeland Security, Customs and Border Protection Officer, at the San Ysidro Port of Entry, knowing full well that he was not Jose Reyes MARTINEZ, Jr., that the passport was not issued or designed for his use, and that he is not a United States citizen entitled to a U.S. Passport; in violation of Title 18, United States Code, Section 1544.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Richard M. Escott
Senior Special Agent
U.S. Department of State
Diplomatic Security Service

SWORN AND SUBSCRIBED TO before me
This ___19th___ day of __February__, 2008.

_____ UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT & STATEMENT OF FACTS

I, Richard Michael Escott, being duly sworn, declare under penalty of perjury that the following statement is true and correct:

1. I am a Senior Special Agent (SSA) with the U.S. Department of State, Diplomatic Security Service (DSS) assigned to the San Diego, CA Resident Office. I have been so employed for eight years and have investigated numerous violations involving the false application for and misuse of United States Passports and Visas.

2. During the performance of my duties, I have obtained evidence that Jorge RODRIGUEZ RAMOS, aka: Jose Reyes MARTINEZ, Jr. used a US Passport issued or designed for the use of another. This Affidavit is made in support of a complaint against DEFENDANT for violation of Title 18, U.S.C., Section 1544.

3. On 02/16/2008, at approximately 1131 hours, DEFENDANT presented himself to a Department of Homeland Security, Customs and Border Protection (CBP) Officer at the pedestrian lines of the San Ysidro Port of Entry, to apply for admission into the United States. DEFENDANT identified himself with US Passport number 435165063, bearing the name Jose Reyes MARTINEZ, Jr., DPOB 08/25/1971, California, U.S.A., and a photograph that was not DEFENDANT. DEFENDANT also presented a California Identification Card and California birth certificate in the name, Jose Reyes MARTINEZ, Jr. The CBP Officer suspected DEFENDANT was an imposter and referred him for secondary inspection.

4. On 02/16/2008, the Affiant was advised by a CPB Officer at the San Ysidro POE that DEFENDANT had been detained at the secondary inspection area of the San Ysidro POE.

5. On 02/16/2008, at approximately 1710 hours, DEFENDANT was retrieved from secondary inspection at the pedestrian secondary inspection area and was brought to an interview room. The Affiant, assisted by a CBP Officer, who also acted as translator, obtained consent from DEFENDANT to have his interview audio and video taped. DEFENDANT read his Miranda warning aloud in Spanish from a written copy. He indicated that he understood and waived his right to counsel. He admitted that his true name was Jorge RODRIGUEZ RAMOS, DPOB, 02/06/1976, Aguas Calientes, Mexico. He stated that he was a citizen of Mexico and not a citizen of the United States. DEFENDANT ultimately admitted that he paid Jose Reyes MARTINEZ, Jr., $300 for the use of his US Passport, California Identification Card, and California birth certificate.

6. DEFENDANT admitted to using the false passport, false California Identification Card and false California birth certificate, bearing the name Jose Reyes MARTINEZ, Jr., to apply for entry into the US on 02/16/2008, at the San Ysidro Port of Entry. He admitted knowing that the passport was not issued or designed for his use and that it was illegal to use a US Passport in the name of another. DEFENDANT made a recorded oral statement as to the elements of the charge and a written statement.

On the basis of the facts presented in this probable cause statement consisting of 2 pages, there is probable cause to believe that the defendant named in this probable cause statement committed the offenses on 02/16/2008 - in violation of Title 18, United States Code, Section 1544: Misuse of a passport - when he knowingly and willfully used the passport belonging to another, Jose Reyes MARTINEZ, Jr., knowing that it was not issued or designed for his use, in order to gain admission into the United States.

_____  02/17/08  1450 hr
Richard M. Escott           DATE    TIME
Senior Special Agent
U.S. Department of State
Diplomatic Security Service

_____  2/17/08  1611 hrs
UNITED STATES MAGISTRATE JUDGE   DATE    TIME